## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No.  12-cv-01411-REB-MEH

PATRICK COLLINS, INC.

      Plaintiff,

v.

JOHN DOES 1-10,

      Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

The matter before me is the **Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of John Doe 4 Only** [14][1] filed July 17, 2012.  After careful review of the notice and the file, I conclude that the notice should be approved and that the plaintiff's claims against defendant John Doe 4 should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That **Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of John Doe 4 Only** [14] filed July 17, 2012, is **APPROVED**;

      2. That plaintiff's claims against defendant John Doe 4 are **DISMISSED WITH PREJUDICE**, with the parties to bear their attorney fees and costs;

      3. That defendant John Doe 4 is **DROPPED** as a party to this action, and the caption shall be amended accordingly.

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Dated July 18, 2012, at Denver, Colorado.

**BY THE COURT**:

Robert E. Blackburn
United States District Judge