**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01411-REB-MEH

PATRICK COLLINS, INC.

     Plaintiff,

v.

JOHN DOES 1-3, and 5-10,

     Defendants.

---

## ORDER DISMISSING A PARTY

---

Blackburn, J.

     The matter before me is the **Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of John Doe 6 Only** [17][1] filed July 25, 2012.  After reviewing the notice and the file, I conclude that the notice should be approved and that the plaintiff's claims against defendant John Doe 6 should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That **Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of John Doe 6 Only** [17] filed July 25, 2012, is **APPROVED**;

     2.  That plaintiff's claims against defendant John Doe 6 are **DISMISSED WITH PREJUDICE**, with the parties to bear their attorney fees and costs;

---

[1]"[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That defendant John Doe 6 is **DROPPED** as a party to this action, and the caption shall be amended accordingly.

Dated July 27, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackbum
United States District Judge