**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-01411-REB-MEH

PATRICK COLLINS, INC.,

      Plaintiff,

v.

JOHN DOES 1-3, 5, and 7-10,

      Defendant.

**AMENDED
ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

      This matter comes before the Court, *sua sponte*.

      **IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and **Fed. R. Civ. P.** 72(a) and (b), this matter is referred to the assigned United States Magistrate Judge:

      (1) To convene a scheduling conference under **Fed. R. Civ. P.** 16(b), enter a Scheduling Order that satisfies the requirements of D.C.COLO.LCivR 16.2, and enter such orders as appropriate to enforce the Scheduling Order and resolve discovery matters; provided, further that at the scheduling conference, the Magistrate Judge shall advise the parties of Judge Blackburn's practice standards found at www.cod.uscourts.gov.;

      (2) To hear and finally determine non-dispositive matters that have been referred, subject to the exceptions found in 28 U.S.C. § 636(b)(1)(A); and

      (3) To hear and make recommendations on dispositive matters that have been referred as defined in 28 U.S.C. § 636(b)(1)(A).

      Court sponsored alternative dispute resolution is governed by D.C.COLOLCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding.

      Dated August 16, 2012, at Denver, Colorado.

      **BY THE COURT:**

Robert E. Blackburn
United States District Judge