IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01411-REB-MEH

PATRICK COLLINS, INC.,

      Plaintiff,

v.

JOHN DOES 1-10,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 21, 2012.**

      Pending before the Court is a Motion to Dismiss [filed August 18, 2012; docket #19] filed by Doe Defendant #10 (hereinafter "Doe #10"). Like Doe #10's "Motion of Disjoinder, Motion to Quash or Modify," the present Motion is **denied without prejudice** and **stricken** for failure to comply with Fed. R. Civ. P. 11(a) and this Court's orders. *See* docket #15. As the Court noted in its July 13, 2012 minute order, Rule 11(a) states in pertinent part,

> Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented. The paper must state the signer's address, email address, and telephone number.

The Court reminds Doe #10 that the logistics of litigation necessitate that a movant disclose his contact information to the Court. *See* D.C. Colo. LCivR 10.1K. Because Doe #10 failed to provide his contact information with the last motion, the Court is unsure how he would have received the Court's order. Indeed, Doe #10's failure to comply with the Court's instructions suggests that he did not.

      If Doe #10 wishes to re-file his motion in accordance with this order and all applicable local and federal court rules, he must first (or contemporaneously) file a motion to proceed anonymously and provide to the Court his name, address, telephone number and email address in accordance with Rule 11(a) and D.C. Colo. LCivR 10.1K. If Doe #10 wishes to keep his identifying information confidential, he may file his Signature Block separately, and may request that the document be maintained under Restriction Level 2 pursuant to the procedure set forth in D.C. Colo. LCivR 7.2. The Court may strike any motion or other filing that deviates from the requirements of this order or from those set forth in the applicable local or federal rules.