# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 12-cv-01411-REB-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-3, 5, and 7-10,

    Defendant.

## ORDER OF DISMISSAL AS TO JOHN DOE 1, ONLY

**Blackburn, J.**

The matter is before the court on **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 1 Only** [#27][1] filed September 27, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendant John Doe 1 should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 1 Only** [#27] filed September 27, 2012, is **APPROVED**;

2. That plaintiff's claims against defendant John Doe 1, and **DISMISSED WITH PREJUDICE**; and

3. That defendant John Doe 1 is **DROPPED** as a named party to this action, and

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

that the case caption is amended accordingly.

Dated September 27, 2012, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge