**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-01411-REB-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 2-3, 5, and 7-10,

    Defendant.

**ORDER OF DISMISSAL AS TO JOHN DOES 2, 3, 5, 7, 8,
AND 9 ONLY**

**Blackburn, J.**

The matter is before the court on **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 2, 3, 5, 7, 8 and 9 Only** [#34][1] filed October 12, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendants John Does 2, 3, 5, 7, 8 and 9 should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 2, 3, 5, 7, 8 and 9 Only** [#34] filed October 12, 2012, is **APPROVED**;

2. That plaintiff's claims against defendants John Does 2, 3, 5, 7, 8 and 9 are **DISMISSED WITHOUT PREJUDICE**; and

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That defendants John Doe 2, 3, 5, 7, 8 and 9 are **DROPPED** as named parties to this action, and that the case caption is amended accordingly.

Dated October 12, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge