IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01411-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

LORENA WIMMER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 7, 2012.**

Pending before the Court are Defendant's "Motion for Summary Judgement and to Dismiss" [filed December 4, 2012; docket #51] and Defendant's Motion to Dismiss [filed December 5, 2012; docket #52]. For the reasons that follow, both motions are **denied without prejudice** and **stricken**.

At the outset, the Court observes that both motions are typed in 10 point (or smaller) Courier font in contravention of Section II.E.1. of Judge Blackburn's Practice Standards, which provides that "[a]ll papers filed with the court by anyone other than a judicial officer shall be in Arial 12 point font (exclusive of footnotes and endnotes)." Papers that do not comply with this requirement may be stricken or denied without prejudice. *Id*.

In addition to their facial deficiencies, Defendant's motions are stricken for failure to comply with the Local Rules. Beginning with Defendant's "Motion for Summary Judgement and to Dismiss," the Court observes that Defendant fails to include any statement of disputed or undisputed facts as required by D.C. Colo. LCivR 56.1A.

Second, Defendant's Motion to Dismiss is, in the Court's view, unintelligible. Although Plaintiff proceeds in this action against a single, named defendant, Defendant's Motion to Dismiss asks the Court to dismiss all unnamed doe defendants on the basis of improper joinder. Defendant's Motion to Dismiss does not pertain to the case at hand and is, therefore, stricken pursuant to D.C. Colo. LCivR 7.1H.