IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01411-REB-MEH

MALIBU MEDIA, LLC,

     Plaintiff,

v.

LORENA WIMMER,

     Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 2, 2013.**

Pending before the Court is a Motion in Limine [filed December 4, 2012; docket #50] in which Defendant asks the Court to issue an order to show cause directing Plaintiff to explain why its copyrighted works are entitled to protection by this Court.

At the outset, the Court observes that Defendant's motion is typed in 10 point (or smaller) Courier font in contravention of Section II.E.1. of Judge Blackburn's Practice Standards, which provides that "[a]ll papers filed with the court by anyone other than a judicial officer shall be in Arial 12 point font (exclusive of footnotes and endnotes)."  Papers that do not comply with this requirement may be stricken or denied without prejudice.  *Id.*

Section IV.E of Judge Blackburn's Practice Standards also makes clear that "motions *in limine* are **strongly** discouraged. . ." (emphasis in original).  Because Defendant has not provided sufficient reason to move *in limine* and because the Court does not find that an order to show cause is necessary at this time, Defendant's Motion is **denied**.