IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01411-REB-MEH

PATRICK COLLINS, INC.,

   Plaintiff,

v.

LORENA WIMMER,

   Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 2, 2013.**

   Pending before the Court is Defendant's Motion to Dismiss and for Sanctions [filed December 26, 2012; docket #65]. For the reasons that follow, Defendant's Motion is **denied without prejudice** and **stricken**.

   First, Fed. R. Civ. P. 11(c)(2) requires that a motion for sanctions "must be served pursuant to Rule 5, but it must not be filed with the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets." Defendant's Motion contains no indication of compliance with the aforementioned "safe harbor" provision of Rule 11.

   Second, Defendant's Motion contains excerpts of several fake emails created by Defendant using Plaintiff's counsel's name and email format. The Court finds that the creation and filing of these emails is highly inappropriate, as the content suggests that Plaintiff's counsel has engaged in and admitted to very serious ethical violations. The Court cautions Defendant that future filings of this nature may result in sanctions.