IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01411-REB-MEH

PATRICK COLLINS, INC.,

   Plaintiff,

v.

LORENA WIMMER,

   Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 2, 2013.**

   Pending before the Court are Plaintiff's Motion to Dismiss Lorena Wimmer's Counterclaim [Dkt. 54] [filed December 27, 2012; docket #67] and Plaintiff's Motion to Strike Defendant Lorena Wimmer's Affirmative Defenses in her Counterclaim [Dkt. 54] [filed December 27, 2012; docket #68].

   Section IV.B.1 of Judge Blackburn's Practice Standards provides that "except for summary judgment motions, all other motions (including objections to the recommendations or orders of United States Magistrate Judges), responses, and concomitant briefs shall not exceed **fifteen (15) pages**." (emphasis in original). Each Motion is over 20 pages, not including the Certificate of Service. Therefore, pursuant to Section IV.C.1 of Judge Blackburn's Practice Standards, Plaintiff's Motions are **denied without prejudice** and **stricken**.

   Plaintiff may re-file its Motions in accordance with Judge Blackburn's Practice Standards and all applicable federal and local rules no later than **January 14, 2013**.