IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 12-cv-01411-REB-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

LORENA WIMMER,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal of Plaintiff's Claims Against Defendant Lorena Wimmer Without Prejudice** [#76][1] January 4, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved, that the claims of the plaintiff against the defendant should be dismissed without prejudice, and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal of Plaintiff's Claims Against Defendant Lorena Wimmer Without Prejudice** [#76] filed January 4, 2013, is **APPROVED**; and

2. That this matter is **DISMISSED WITHOUT PREJUDICE**.

Dated January 4, 2013, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Bob Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge

---

[1] "[#76]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.